**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 8 WM 2023

                 Respondent             :

                     v.                 :

DEONTA MARCUS MOBLEY,          :

                 Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 28th day of April, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.